AO 257 (Rev. 6/78)

| | |
|---|---|
| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** | |

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

---

**OFFENSE CHARGED**

18 U.S.C. § 844(f)(1) – Damage and Destruction of Property by Fire/Explosive (Institution Receiving Federal Financial Assistance); 18 U.S.C. § 844(i) – Damage and Destruction of Property by Fire/Explosive (Interstate Commerce); 26 U.S.C. § 5861(d) – Possession of Unregistered Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached

---

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

**DEFENDANT - U.S**

▶ CASEY ROBERT GOONAN

DISTRICT COURT NUMBER

4:24-cr-00414 JSW

**FILED**

Jul 24 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

---

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO. 24-70948

Name and Office of Person Furnishing Information on this form: ISMAIL J. RAMSEY

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Nikhil Bhagat

---

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**

4) ☒ On this charge

5) ☐ On another conviction  ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# **PENALTY SHEET**

## *United States v. Casey Robert Goonan*

**Count 1: 18 U.S.C. § 844(f)(1) — Damage and Destruction of Property by Fire/Explosive (Institution Receiving Federal Financial Assistance)**

- Imprisonment: Minimum 5 years up to 20 years
- Fine: Up to $250,000
- Supervised Release: Up to 5 years
- Special Assessment: $100
- Restitution
- Forfeiture

**Count 2: 18 U.S.C. § 844(i) — Damage and Destruction of Property by Fire/Explosive (Interstate Commerce)**

- Imprisonment: Minimum 5 years up to 20 years
- Fine: Up to $250,000
- Supervised Release: Up to 5 years
- Special Assessment: $100
- Restitution
- Forfeiture

**Count 3: 26 U.S.C. § 5861(d) – Possession of Unregistered Firearm**

- Imprisonment: Up to 10 years
- Fine: Up to $250,000
- Supervised Release: Up to 3 years
- Special Assessment: $100
- Forfeiture

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

FILED

Jul 24 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES OF AMERICA,

V.

CASEY ROBERT GOONAN,

4:24-cr-000414-JSW

DEFENDANT(S).

## INDICTMENT

18 U.S.C. § 844(f)(1) – Damage and Destruction of Property by Fire/Explosive (Institution Receiving Federal Financial Assistance)
18 U.S.C. § 844(i) – Damage and Destruction of Property by Fire/Explosive (Interstate Commerce)
26 U.S.C. § 5861(d) – Possession of Unregistered Firearm
18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461 – Forfeiture Allegations

A true bill.

/s/ Foreperson of the Grand Jury

Foreman

Filed in open court this  23rd  day of

July, 2024.

Rose Maher- electronically signature

Clerk

Bail, $ No Process

Hon. Thomas S. Hixson, Magistrate Judge

1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2

**FILED**

Jul 24 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>   Plaintiff,  <br>   v.  <br> CASEY ROBERT GOONAN,  <br>   Defendant. | CASE NO. 4:24-cr-00414 JSW  <br><br> VIOLATIONS:  <br> 18 U.S.C. § 844(f)(1) – Damage and Destruction of Property by Fire/Explosive (Institution Receiving Federal Financial Assistance)  <br><br> 18 U.S.C. § 844(i) – Damage and Destruction of Property by Fire/Explosive (Interstate Commerce)  <br><br> 26 U.S.C. § 5861(d) – Possession of Unregistered Firearm  <br><br> 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461 – Forfeiture Allegations  <br><br> OAKLAND VENUE |

INDICTMENT                                1

# INDICTMENT

The Grand Jury charges:

## Introductory Allegations

### *The University of California and the University of California Police Department*

1. The University of California is a research university system that includes ten campuses across the State of California.

2. The University of California is governed by the Regents of the University of California.

3. The Regents of the University of California receive billions of dollars in Federal financial assistance annually, including for program support, patient care, student financial aid, and research funding.

4. The University of California, Berkeley, located in Berkeley, California, in the Northern District of California, is a public university that is part of the University of California system.

5. In addition to managing public university campuses, the Regents of the University of California manages or co-manages three national laboratories on behalf of the United States Department of Energy, including the Lawrence Berkeley National Laboratory located in Berkeley, California.

6. The University of California Police Department (UCPD) is a California law enforcement agency.

7. A UCPD patrol vehicle is a "state or government facility" within the meaning of Title 18, United States Code, Section 2332f(e)(3).

8. Under California law, the UCPD has primary jurisdiction over campuses of the University of California and an area within one mile of the exterior boundaries of those campuses, and over "other grounds or properties owned, operated, controlled or administered by the Regents of the University of California."

9. UCPD Berkeley has primary responsibility for, among other things, the main Berkeley campus, as well as all University of California owned or controlled structures and properties within the Berkeley city limits and other adjacent jurisdictions, including the Lawrence Berkeley National Laboratory.

10. UCPD Berkeley officers utilize marked patrol vehicles to, among other things, respond to

calls for service and reports of criminal activity, act as a deterrent to crime, enforce state and local laws, provide support and assistance to the community, and respond to emergencies.

11. UCPD Berkeley officers also utilize marked patrol vehicles to protect commercial establishments on the University of California, Berkeley, campus, including convenience stores, dining establishments, and a hotel.

12. The University of California and the UCPD regularly conduct business in interstate and foreign commerce, for instance by purchasing goods and services in interstate and foreign commerce.

### *June 1, 2024 Damage and Destruction of UCPD Patrol Vehicle*

13. UCPD Berkeley officers regularly park marked UCPD patrol vehicles on Barrows Lane near the intersection of Bancroft Way, adjacent to the UCPD Berkeley station.

14. On or about June 1, 2024, at approximately 5:04 a.m., the defendant, Casey Robert GOONAN, arrived in the area of the University of California, Berkeley campus carrying a reusable shopping bag containing six explosive devices commonly known as "Molotov cocktails."

15. GOONAN kicked the shopping bag underneath the fuel tank of a marked UCPD patrol vehicle and ignited the Molotov cocktails, as depicted below:



INDICTMENT    3

16. The patrol vehicle caught on fire, as depicted below:



17. UCPD officers received a report of the fire and were able to extinguish it.

18. In part due to the rapid response of UCPD officers, the patrol vehicle did not explode, but suffered significant damage to its rear seats, fuel port, and trunk.

19. The patrol vehicle, which was assembled in Michigan and necessarily traveled in interstate commerce to arrive in California, was deemed a total loss.

COUNT ONE: (18 U.S.C. § 844(f)(1) – Damage and Destruction by Fire/Explosive of Property Belonging to Institution Receiving Federal Financial Assistance)

20. Paragraphs 1 through 19 are re-alleged and incorporated as if fully set forth herein.

21. On or about June 1, 2024, in the Northern District of California, the defendant,

CASEY ROBERT GOONAN,

maliciously damaged and destroyed and attempted to damage and destroy, by means of fire and an explosive, a vehicle and other real and personal property in whole and in part owned and possessed by the Regents of the University of California, an institution and organization receiving Federal financial assistance, by means of fire and an explosive, in violation of Title 18, United States Code, Section 844(f)(1).

//

//

INDICTMENT                                                                 4

COUNT TWO: (18 U.S.C. § 844(i) – Damage and Destruction by Fire/Explosive of Property Used in Interstate Commerce)

22. Paragraphs 1 through 19 are re-alleged and incorporated as if fully set forth herein.

23. On or about June 1, 2024, in the Northern District of California, the defendant,

CASEY ROBERT GOONAN,

maliciously damaged and destroyed and attempted to damage and destroy, by means of fire and an explosive, a vehicle and other real and personal property used in interstate and foreign commerce and in any activity affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 844(i).

COUNT THREE: (26 U.S.C. § 5861(d) – Possession of Unregistered Firearm)

24. Paragraphs 1 through 19 are re-alleged and incorporated as if fully set forth herein.

25. On or about June 1, 2024, in the Northern District of California, the defendant,

CASEY ROBERT GOONAN,

knowingly possessed a firearm, to wit: a destructive device as defined in Title 26, United States Code, Section 5845(f), not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

FORFEITURE ALLEGATIONS: (18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, and 28 U.S.C. § 2461)

26. The allegations contained in this Indictment are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 924(d), Title 28, United States Code, Section 2461, and Title 26, United States Code, Section 5872.

27. Upon conviction of the offenses alleged in Counts One through Three above, the defendant,

CASEY ROBERT GOONAN,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461, any firearms or ammunition involved in the commission of the said violations.

28. Upon conviction of the offense alleged in Count Three above, the defendant,

CASEY ROBERT GOONAN,

shall forfeit to the United States, pursuant to 26 U.S.C. § 5872, any firearm involved in or used in any violation of Title 26, Chapter 56.

All pursuant to Title 18, United States Code, Sections 924(d)(1), Title 28, United States Code, Section 2461, and Federal Rule of Criminal Procedure 32.2.

DATED: July 23, 2024                                       A TRUE BILL.

/s/ Foreperson

_____
FOREPERSON OF THE GRAND JURY
San Francisco

ISMAIL J. RAMSEY
United States Attorney

_____
NIKHIL BHAGAT
Assistant United States Attorney

INDICTMENT                                                            6