# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FILED

Jul 24 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

## CRIMINAL COVER SHEET

***Instructions:*** *Effective November 1, 2016, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.*

**CASE NAME:**

**USA v.** CASEY ROBERT GOONAN

**CASE NUMBER:**

CR  4:24-cr-00414 JSW

| | | | |
|---|---|---|---|
| **Is This Case Under Seal?** | Yes | No ✓ | |
| **Total Number of Defendants:** | 1 ✓ | 2-7 | 8 or more |
| **Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?** | Yes | No ✓ | |
| **Venue (Per Crim. L.R. 18-1):** | SF | OAK ✓ | SJ |
| **Is this a potential high-cost case?** | Yes | No ✓ | |
| **Is any defendant charged with a death-penalty-eligible crime?** | Yes | No ✓ | |
| **Is this a RICO Act gang case?** | Yes | No ✓ | |

**Assigned AUSA (Lead Attorney):** NIKHIL BHAGAT

**Date Submitted:** 7/23/2024

**Comments:**

This Indictment is linked to prior proceedings at docket 4:24-mj-70948-MAG

RESET FORM    SAVE PDF

Form CAND-CRIM-COVER (Rev. 11/16)