1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  NIKHIL BHAGAT (CABN 279892)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7193
7       FAX: (415) 436-6982
        nikhil.bhagat@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 4:24-CR-00414 JSW** |
| Plaintiff, | JOINT STATUS REPORT AND STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER **AS MODIFIED** CONTINUING STATUS HEARING AND EXCLUDING TIME |
| v. | |
| CASEY ROBERT GOONAN, | |
| Defendant. | Re: Dkt. No. 17 |

This matter is set for a status conference hearing on September 17, 2024, and the Court ordered the parties to submit a joint status report by September 10, 2024. *See* ECF No. 16. The parties hereby respectfully submit this joint status report.

On July 23, 2024, a federal grand jury returned an indictment charging Defendant Goonan with violations of 18 U.S.C. § 844(f)(1) (damage and destruction by fire or explosive of property belonging to institution receiving federal financial assistance); 18 U.S.C. § 844(i) (damage and destruction by fire or explosive of property used in or affecting interstate commerce); and 26 U.S.C. § 5861(d) (possession of an unregistered firearm).

The United States has recently made an initial production of more than 22 gigabytes of discovery, consisting largely of surveillance footage and applications for several state and federal search warrants. This discovery will take substantial time for defense counsel to review.

The three charged counts are all related to a single incident—the firebombing of a police vehicle on June 1, 2024. The United States continues to actively investigate the defendant's role in at least four other arsons; as that investigation progresses, it may yield both additional charges and the production of additional discovery.

In light of the foregoing information and considering the schedules of counsel and the Court, the parties stipulate and agree, with permission of the Court, to set a new status conference hearing in this case on November 5, 2024 at 1:00 p.m. or at another date and time convenient to the Court and the parties.

The parties further stipulate and agree that period between September 17, 2024 and November 5, 2024 should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow counsel for the defendant sufficient time to effectively prepare and for continuity of counsel, taking into account the exercise of due diligence.

DATED: September 10, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/*
NIKHIL BHAGAT
Assistant United States Attorney

LAW OFFICE OF SARAH POTTER

*/s/*
SARAH POTTER
Counsel for Defendant Casey Robert Goonan

**[PROPOSED] ORDER AS MODIFIED**

Having considered the joint status report submitted in the above-entitled case and for good cause shown,

The Court finds that the ends of justice served by excluding the time from September 17, 2024, through November 5, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial; and

IT IS HEREBY ORDERED that the status conference currently scheduled for September 17, 2024 at 1:00 p.m. is continued to November 5, 2024 at 1:00 p.m.,; and

IT IS FURTHER ORDERED the time from September 17, 2024 through and including November 5, 2024, is excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act because failing to do so would unreasonably deny the defendant continuity of counsel and would unreasonably deny the defendant and the government continuity of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), 3161(h)(7)(B)(iv). **The parties shall submit an updated joint status report by October 29, 2024.**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 11, 2024

_____
HON. JEFFREY S. WHITE
Senior United States District Judge