1   SARAH POTTER, (CA SBN 280478)
    LAW OFFICE OF SARAH POTTER
2   214 Duboce Avenue
    San Francisco, CA 94103
3   t. (415) 423-3447
    sarah@sarahpotterlaw.com
4
    Attorney for Defendant GOONAN
5
                    IN THE UNITED STATES DISTRICT COURT
6
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
                            OAKLAND DIVISION
8

9   UNITED STATES OF AMERICA,              Case No.:  4:24-cr-00414 JSW

10                 Plaintiff,

11  vs.                                    STIPULATION AND [PROPOSED] ORDER
                                           CONTINUING SENTENCING HEARING
12  CASEY ROBERT GOONAN,

13                 Defendant

14          The defendant, by and through his counsel, Sarah Potter, and the United States, by and

15  through its counsel, Assistant U.S. Attorney Nikhil Bhagat, hereby move the Court to continue

16  the date of the defendant's sentencing hearing until June 10, 2025 at 1:00 p.m.  The probation

17  officer, Pepper Friesen, has requested additional time to complete the presentence report due to

18  the defendant's unavailability to be interviewed because he was placed in medical isolation as a

19  result of an infection.  In addition, the defendant requires additional time to receive necessary

20  medical and psychiatric records that have been requested.  As the defendant has pled guilty there

21  are no Speedy Trial Act concerns implicated by this continuance.  The probation officer has

22  confirmed her availability on the requested date for sentencing.  Accordingly, the parties hereby

23  ask the Court to continue the matter until June 10, 2025 at 1:00 p.m. for sentencing.

    STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING - 1

1  Dated: February 28, 2025                          /s/

2                                          _____
                                           SARAH POTTER
3                                          Attorney for Defendant Goonan

4  Dated: February 28, 2025                 PATRICK D. ROBBINS
                                            Acting United States Attorney
5
                                                        /s/
6                                          _____
                                           NIKHIL BHAGAT
7                                          Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24  STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING - 2

1

**[PROPOSED] ORDER**

2    Good cause having been shown and by Stipulation of the parties herein,

3    IT IS HEREBY ORDERED that defendant Casey Goonan's sentencing hearing be

4    continued to June 10, 2025 at 1:00 p.m.

5    **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7    Dated: _____                    _____

8                                                   HON. JEFFREY S. WHITE
                                                    United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23