UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24-cr-00414-JSW-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER DISCHARGING ORDER TO SHOW CAUSE RE: RULE 17(C) SUBPOENA** |
| CASEY ROBERT GOONAN, | Re: Dkt. No. 51 |
| Defendant. | |

The Government has provided the documents at issue to the defense. The Court is satisfied that Criminal Local Rule 17-2(a) does not apply to the Government's subpoena because it does not require the production of documents before the hearing date. Accordingly, the Court HEREBY DISCHARGES the Order to Show Cause without further action.

**IT IS SO ORDERED.**

Dated: September 16, 2025

_____
JEFFREY S. WHITE
United States District Judge