1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  NIKHIL BHAGAT (CABN 279892)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7193
7      FAX: (415) 436-6982
       nikhil.bhagat@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 4:24-CR-00414 JSW |
|---|---|
| Plaintiff, | ) **DECLARATION OF NIKHIL BHAGAT IN SUPPORT OF GOVERNMENT'S SENTENCING MEMORANDUM** |
| v. | |
| CASEY ROBERT GOONAN, | |
| Defendant. | |

I, Nikhil Bhagat, do hereby declare:

    1.    I am an Assistant United States Attorney for the Northern District of California, and I am assigned to prosecute the above-captioned matter.

    2.    I am informed and believe that the exhibits attached hereto are what they purport to be.

    3.    **Exhibit A** is video surveillance from the University of California, Berkeley depicting Casey Goonan's firebombing of a University of California police car on June 1, 2024. It will be manually filed with the Court.

    4.    **Exhibit B** is a redacted version of an FBI FD-302 form dated July 12, 2024 that outlines the results of the search warrants executed at Goonan's residences on June 17, 2024.

    5.    **Exhibit C** consists of two hand-drawn plans that were located during a search of

DECL. OF NIKHIL BHAGAT    1
4:24-CR-00414 JSW

Goonan's room. It is provisionally filed under seal for the reasons set forth in the Administrative Motion to Seal.

6.  **Exhibit D** is a 24-page pamphlet on Operation Campus Flood, which Mr. Goonan has admitted to authoring. It is provisionally filed under seal for the reasons set forth in the Administrative Motion to Seal.

7.  **Exhibit E** consists of pictures taken during the course of search warrant executions on Mr. Goonan's residences on June 17, 2024. This exhibit is provisionally filed under seal for the reasons set forth in the Administrative Motion to Seal.

8.  **Exhibit F** is a summary chart of some of Mr. Goonan's correspondence while in custody that was prepared by an FBI Special Agent. The chart is limited to those letters that were intercepted by the jail and provided to the FBI through February 2025. It is provisionally filed under seal for the reasons set forth in the Administrative Motion to Seal.

9.  **Exhibit G** is a true and correct copy of correspondence that Mr. Goonan sent to an individual in Northampton, Massachusetts. It is dated September 21, 2024. It is provisionally filed under seal for the reasons set forth in the Administrative Motion to Seal.

10. **Exhibit H** is a true and correct copy of correspondence that Mr. Goonan sent to an individual in Tucson, Arizona. It is dated November 26, 2024. It is provisionally filed under seal for the reasons set forth in the Administrative Motion to Seal.

11. **Exhibit I** is a true and correct copy of correspondence that Mr. Goonan sent to an individual in Riverside, California. It is dated August 6, 2024. It is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

12. **Exhibit J** is a true and correct copy of correspondence that Mr. Goonan sent to an individual in Riverside, California. It is erroneously dated January 2024 but was likely written in January 2025. It is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

13. **Exhibit K** is a true and correct copy of correspondence that Mr. Goonan sent to an individual or organization in Chicago, Illinois. It is dated January 15, 2025. It is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

14.     **Exhibit L** is a true and correct copy of correspondence from Mr. Goonan to an address in Brooklyn, New York. It is dated November 30, 2024, and is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

15.     **Exhibit M** is a true and correct copy of correspondence from Mr. Goonan to an individual in Philadelphia, Pennsylvania. It is dated October 2024.  I understand that officials at the Santa Rita Jail reviewed this correspondence and declined to forward it to the recipient based on security concerns.  This exhibit is provisionally filed under seal for the reasons set forth in the Administrative Motion to Seal.

16.     **Exhibit N** is a true and correct copy of correspondence from Mr. Goonan to an individual in Pennsylvania.  It is dated February 16, 2025, and is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

17.     **Exhibit O** is a true and correct copy of correspondence from Mr. Goonan to individuals in San Francisco, California. It is dated December 2024.  It is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

18.     **Exhibit P** is a true and correct copy of correspondence from Mr. Goonan to an individual in Riverside. It is dated February 15, 2025.  It is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

19.     **Exhibit Q** is a true and correct copy of correspondence from Mr. Goonan to an individual in Oakland. It is dated February 17, 2025.  It is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

20.     **Exhibit R** is a true and correct copy of correspondence from Mr. Goonan to an individual in San Marcos, Texas.  It is dated February 17, 2025.  It is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

21.     **Exhibit S** is a true and correct copy of correspondence from Mr. Goonan to an individual in Eugene, Oregon. It is dated March 14, 2025. It is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

22.     **Exhibit T** is a true and correct copy of correspondence from Mr. Goonan to an individual in Fair Oaks, California.  It is dated November 13, 2024 and is filed provisionally under seal for the

reasons set forth in the Administrative Motion to Seal.

23. **Exhibit U** is a true and correct copy of correspondence from Mr. Goonan to an individual in Oakland. It is dated November 2024 and is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

24. **Exhibit V** is a true and correct copy of correspondence from Mr. Goonan to individuals in Seattle, Washington. It is dated February 28, 2025 and is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

25. **Exhibit W** is a true and correct copy of an Application for a Search Warrant. It Is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

26. **Exhibit X** is a true and correct copy of correspondence from Mr. Goonan to an individual in Riverside. It is dated July 28, 2024 and is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

27. **Exhibit Y** consists of true and correct copies of redacted versions of correspondence that Mr. Goonan has sent to a person who works at a legal services organization. Two of the letters were obtained directly from the legal services organization, and one was obtained via search warrant. The government is only in possession of redacted versions of this correspondence, but counsel for the defendant is in possession of unredacted copies. This exhibit is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

28. **Exhibit Z** is a true and correct copy of an FBI FD-302 record of interview with a witness who works at a legal-services organization. It is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

29. **Exhibit AA** is a true and correct copy of correspondence that Mr. Goonan sent to an individual in Fair Oaks, California. It is dated December 5, 2024. It is filed provisionally under seal for the reasons set forth in the Administrative Motion to Seal.

//
//
//
//

1    I declare under penalty of perjury that the foregoing is true and correct to the best of my
2 knowledge and belief.
3    Dated at San Francisco, California this 16th day of September, 2025.

*/s/ Nikhil Bhagat*

NIKHIL BHAGAT

DECL. OF NIKHIL BHAGAT                    5
4:24-CR-00414 JSW