# EXHIBIT A

| | |
|---|---|
| 1 | CRAIG H. MISSAKIAN (CABN 125202)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | NIKHIL BHAGAT (CABN 279892)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7193 |
| 7 | FAX: (415) 436-6982<br>nikhil.bhagat@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:24-CR-00414 JSW |
| Plaintiff, | ) | **MANUAL FILING NOTIFICATION** |
| v. | ) | |
| CASEY ROBERT GOONAN, | ) | Sentencing Date: September 23, 2025<br>Sentencing Time: 1:00 p.m.<br>Judge: Hon. Jeffrey S. White |
| Defendant. | ) | |

Regarding:   Exhibit A to the Declaration of Nikhil Bhagat

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[ ] Voluminous Document (PDF file size larger than the e-filing system allows)

[ ] Unable to Scan Documents

[ ] Physical Object (description):

NOTICE OF MANUAL FILING                    1
4:24-CR-00414 JSW

[X] Non-Graphic/Text Computer File (audio, video, etc.) on DVD or other media

[ ] Item Under Seal

[ ] Conformance with the Judicial Conference Privacy Policy (General Order 53)

[ ] Other (description):

| | |
|---|---|
| Dated: September 16, 2025 | Respectfully submitted, |
| | CRAIG H. MISSAKIAN<br>United States Attorney |
| | */s/ Nikhil Bhagat*<br>NIKHIL BHAGAT<br>Assistant United States Attorney |