# EXHIBIT B

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Analysis of Items Seized on June 17, 2024    **Date:** 07/12/2024

**From:** SAN FRANCISCO
    **Contact:** SPEIRS TIFFANY POWELL

**Approved By:** A/SSA Stephanie Minor

**Drafted By:** SPEIRS TIFFANY POWELL

**Case ID #:**  ▓▓▓▓▓▓▓▓▓▓▓▓2    (U) CASEY GOONAN; Arson of UC Berkeley Police Department Vehicle; June 1, 2024

                  ▓▓▓▓▓▓▓▓▓▓2    (U) UNSUB; Arson at 1301 Clay Street, Ronald V. Dellums Federal Building and U.S Courthouse

**Synopsis:** (U) To document relevance of items seized during UCBPD search on June 17, 2024

**Reference:** ▓▓▓▓▓▓▓▓▓▓▓▓2 Serial 10

**Details:**

On June 17, 2024, a search warrant was completed at two residences associated with subject, Casey R. GOONAN. Not all items seized are listed below. A summary and analysis of some items is below:

**▓▓6 ▓▓▓▓▓h ▓▓▓▓▓, Pleasant Hill, CA:**

In GOONAN's bedroom:

- A crate of reusable shopping bags
- A laptop belonging to subject
- A green and black hoodie
- A pair of grey tennis shoes with red ASICS logo
- Pre-cut particle board/plywood
- Plastic container full of True Leap Press Information

UNCLASSIFIED

UNCLASSIFIED

Title: (U) Analysis of Items Seized on June 17, 2024
Re: ███████████2, 07/12/2024

In the room adjoining GOONAN's room:

- A blue reusable shopping bag
- iPhone assigned to phone number (925) ███████2
- White t-shirt

In GOONAN's vehicle:

- Black trash bag containing mask, shirt, and gloves
- Box contained matches
- Lighter fluid
- Gasoline container
- Hat, shoes, skirt, bag, shirt/top
- 2 lighters


███7 ████ ███████, Oakland, CA

In common area closet:

- A white plastic bag with several items including lighters, matches, zip ties, a knife, a pocket knife that doubles as a hammer, white acrylic paint, paintbrush, emergency road flares, black gloves in a plastic bag, green leafy substance in a plastic bag, velcro strips, super glue, and a small white card that read, "In the stands, in the streets, oakland roots sc, 161". This item was not seized but photos were taken.

In area dedicated to mail storage:

- Mail pieces addressed to Casey Goonan. This item was not seized but photos were taken.

### Significance of items:

<u>UCBPD Cruiser Firebombing on June 1, 2024</u>

   On June 1, 2024, GOONAN started a fire that burned and destroyed a University of California (UCB) Berkeley, Police Department (UCBPD)cruiser. GOONAN used a reusable shopping bag with pre-cut particle board in a reusbale shopping bag to set 6 Molotov Cocktails on fire that burned the cruiser. GOONAN used a lighter to start the fire. DNA was

**UNCLASSIFIED**

Title:  (U) Analysis of Items Seized on June 17, 2024
Re:    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, 07/12/2024

analyzed that was found on one of the paper towels that was used as a wick for the Molotov Coctails. According to the DNA report, "The probability of an unrelated, randomly selected individual having the same DNA profile as the DNA profile detected on Item 1A is estimated to be at least 1 in 1.66 billion".

A crate of reusable shopping bags and pre-cut particle board was found in GOONAN's bedroom. Lighters, lighter fluid, a gasoline container, and a box of matches were found in his vehicle.

Oakland Federal Building Arson on June 11, 2024

On June 11, 2024, an UNSUB committed an arson at 1301 Clay St., Oakland, CA which is the Ronald V. Dellums Federal Building. The UNSUB attempted to commit the arson using Molotov Cocktails but resorted to starting a small fire with the reusable shopping bag they brought to the scene. The UNSUB appeared to be tall, thin, and Caucasian. Surveillance footage of the subject who committed the arson shows a subject wearing a black and green hooded sweatshirt, grey ASICS tennis shoes and carried a reusable shopping bag on their shoulder.

A black and green hooded sweatshirt and grey ASCIS tennis shoes were found in GOONAN's bedroom which appear to match the ones the UNSUB wore in the surveillance footage described above. There is a possibility that the UNSUB is GOONAN because the combination of the hooded sweatshirt and tennis shoes seen in the surveillance footage strongly resemble those that were found in his room.

It is also noteworthy that GOONAN used Molotov Cocktails to burn the UCBPD cruiser on June 1, 2024 and Molotov Cocktails were left at the scene by the UNSUB at the federal building.

Construction Site Arson at UCB on June 16, 2024

On June 16, 2024, a fire was started in a bucket left at a construction site on UCB campus at approximately 1:34 p.m.

UCBPD surveillance footage captures a subject walking on the UC

**UNCLASSIFIED**

UNCLASSIFIED

Title:  (U) Analysis of Items Seized on June 17, 2024
Re:    ▮▮▮▮▮▮▮▮▮▮▮▮▮, 07/12/2024


Berkeley campus wearing a black skirt, button up short-sleeve top, beige hat, sunglasses, white mask (consistent with a COVID-19 mask), sneakers, and carrying a black bag on their shoulder. The subject changes clothes later in the footage and is wearing a black hat with red "A's" logo, short cropped-style hair, glasses, a black mask (consistent with a COVID-19 mask), a red long sleeve top over a black shirt or dress, with a skirt or dress that is shin-length, brown shoes that lace up and black socks.

   There is a possibility that the subject is GOONAN because the subject in the surveillance footage matches GOONAN's physique and leaves in GOONAN's known vehicle. One of the surveillance footage videos shows the driver's arm hanging out of the driver window of GOONAN's vehicle. The subject is holding what appears to be a face mask consistent with the one the subject was wearing while walking back to the car.

   During the search of GOONAN's vehicle, clothing items resembling those seen in surveillance footage were found.


♦♦

UNCLASSIFIED
4