CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7193
> FAX: (415) 436-6982
> nikhil.bhagat@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CASEY ROBERT GOONAN,<br><br>    Defendant. | CASE NO. 4:24-CR-00414 JSW<br><br>**NOTICE OF FILING UNDER SEAL OF EXHIBITS C THROUGH AA TO THE DECLARATION OF NIKHIL BHAGAT IN SUPPORT OF THE GOVERNMENT'S SENTENCING MEMORANDUM**<br><br>Sentencing Date: September 23, 2025<br>Sentencing Time: 1:00 p.m.<br>Judge: Hon. Jeffrey S. White |

Please take notice that **Exhibits C through AA** to the Declaration of Nikhil Bhagat in support of the government's sentencing memorandum have or will be provisionally filed under seal, accompanied by an administrative motion to seal, as required by Criminal Local Rule 56-1.

Dated: September 16, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Nikhil Bhagat*
NIKHIL BHAGAT
Assistant United States Attorney