1  SARAH POTTER, (CA SBN 280478)
   LAW OFFICE OF SARAH POTTER
2  214 Duboce Avenue
   San Francisco, CA 94103
3  t. (415) 423-3447
   sarah@sarahpotterlaw.com
4
   Attorney for Defendant GOONAN
5
                    IN THE UNITED STATES DISTRICT COURT
6
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
                              OAKLAND DIVISION
8

9
   UNITED STATES OF AMERICA,           Case No.: 24-CR-00414 JSW
10
           Plaintiff,
11
   vs.                                 NOTICE OF UNDER SEAL FILING
12
   CASEY ROBERT GOONAN,
13
           Defendant
14
        Please take notice that **Exhibit B** to defendants Casey Goonan's sentencing
15
   memorandum has been filed under seal.
16

17 Dated: September 16, 2025                Respectfully submitted,
18
                                             /s/
19                                           _____
                                             SARAH POTTER
20                                           Attorney for Casey Goonan
21
22
23 NOTICE OF UNDER SEAL FILING
   24-CR-00414-JSW
24                                      1