# EXHIBIT A

**SHERIFF** Y. SANCHEZ ALAMEDA COUNTY CA

**ALAMEDA COUNTY SHERIFF'S OFFICE**

YESENIA SANCHEZ
SHERIFF-CORONER

# DECLARATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the duly authorized custodian of records for the:

**ALAMEDA COUNTY SHERIFF'S OFFICE**
**SANTA RITA JAIL**
**5325 BRODER BLVD.**
**DUBLIN, CA 94568**

With personal knowledge of the facts set forth below, and authority to certify said records, do hereby attest to the following facts:

I am an employee of the organization listed above and have personal knowledge of the procedures and practices reflected in these records.

**This Declaration of Records pertains to Casey Goonan.**

I received a Subpoena Duces Tecum requesting any **Disciplinary Report Records** pertaining to Casey Goonan from July 2024 to the present, to include any incident reports, notes and electronic evidence, including photographic or video evidence.

The records search was conducted in the ordinary course of business, by the personnel of said organization for which I am the custodian of records, at or near the time of the acts, condition, or events depicted therein. As custodian, I testify to the records' identity and method of preparation. The source of the information and method of preparation were such as to indicate their trustworthiness. If I were called as a witness in their matter, I could and would competently testify under oath to the foregoing facts.

I hereby declare under the penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

**EXECUTED ON:**    August 25, 2025
**EXECUTED AT:**    Santa Rita Jail
5325 Broder Blvd.
Dublin, CA 94568

**Signed:**
**Printed name:**    Derya Keles, Crime Technician, #0550
Investigations Unit, Santa Rita Jail

Page 1 of 1

USA-008270

**ALAMEDA COUNTY SHERIFF'S OFFICE**

SHERIFF
Y. SANCHEZ
ALAMEDA COUNTY
CA

YESENIA SANCHEZ
SHERIFF-CORONER

### RESPONSE TO INMATE GRIEVANCE

| Inmate Name: GOONAN, CASEY | PFN: |
|---|---|
| Housing Unit: 32 F Lower | Tracking #: 25-1229 |

These findings are based on a review of your grievance received on **May 21, 2025**. In your grievance, you made the following claim:

- You have experienced a pattern of aggressive behavior from a Housing Unit Staff Member. You have been threatened, threatened with disciplinary write-ups, had your possessions searched, the pod door was slammed shut, and you were threatened to be reclassified to the "Hole" or Restrictive Housing (RH).

**RESPONSE**: The Grievance Unit has reviewed and investigated your claim thoroughly and provided an explanation of its findings below.

The Grievance Unit reviewed available law enforcement resources and databases regarding your claim.

There was no evidence to support your concern but there was evidence to refute your claims. It was determined your possessions were searched along with several other inmates in accordance with Santa Rita Jail's Inmate Rules and Information, you were not threatened, individually threatened with receiving a disciplinary write-up, threatened to be reclassified, and the pod door was not slammed closed as you suggested.

It was further determined the Staff Member you identified remained professional towards you during the referenced interactions.

This grievance was determined to be **UNFOUNDED,** contain false statements, and be submitted in "Bad Faith." Refer to Disciplinary Incident Report #25-001352.

Your grievance is **UNFOUNDED.**

USA-008271

| Inmate Name: GOONAN, CASEY | | PFN: |  |
|---|---|---|---|
| HU: | 32 F Lower | Tracking # : | 25-1229 |

## Grievance Unit Initial Investigation & Recommendations

Investigating Grievance Unit Member: R. Posedel, Deputy

Recommendation of Finding: Unfounded                              Date:   05/21/2025

Grievance Extension Issued:  ☐ Yes – Date: _____     ☑ No

Grievance Unit Supervisor: J. Chavez, Sergeant     SGT. C. DELIMA #1969

Recommendation of Finding:   UNFOUNDED                          Date: 5-21-25

## Service to Inmate

Agency Member Serving:  A. MASRI  26W               Date/Time: 0740  5/28/25

Inmate Signature: _____                                   Date: MAY 28 2025

Do you wish to appeal?  ☑ Yes   ☐ No – Inmate Initials _C.G._   ☐ Refuse to Answer

Reason for appeal: I am apealing this because I did feel threatened by the actions of Deputy Durmsevic. Please review the body camera footage. I also was threatened with a disciplinary write up and being put in "Iso". — And the pod door was slammed. I experienced Dep. Durmesevic's behavior as aggressive and unprofessio

## Additional Service Attempt Tracking

Agency Member Attempting Service: _____     Date/Time: _____

Reason for Unsuccessful Service: _____

Agency Member Attempting Service: _____     Date/Time: _____

Reason for Unsuccessful Service: _____

## Appeals

Appeal Officer (Watch Commander): _____ Lt. P. Shannon #2012

Recommendation of Finding:  UNFOUNDED                    Date: JUN 02 2025

Reason for Finding (This field must be completed): NO EVIDENCE of cLaim. GRIEVANCE SUBMITTED IN BAD FAITH !

## Final Finding

Commanding Officer: _____ Lt. J. Evans #1724 for Captain J. Miguel

Final Finding:  UNFOUNDED                              Date: 6/4/25

Comments: _____

Administrative Use
Findings (Consult 16.03 D&C P&P for associated definitions and additional administrative findings):
1] Affirmed.  2] Partially Affirmed  3] Unfounded.  4] Denied  5] Closed   Information Provided. 6] Resolved  7] Withdrawn  8] Resubmit.
ML52-B (Rev. 08/2024)

USA-008272

MAY 2 8 2025

25-1229

Pg 2oF2

APPEAL

My podmates are witnesses to the soap incident, where I was threatened with a write-up

And Deputy Dalton was involved in consoling me after the first incident mentioned, re: threatened when I was to be put in the hole by Dep. Durmesevic.

There are numerous inmates who have been complaining about Dep. Durmesevic's aggressive conduct.

I did not write my grievance in bad faith and based it on my experiences and memory of the three incidents. I am not trying to maliciously "write up" an officer. I was legitimately scared and shooken up by my interactions with Dep. Durmesev

You have to understand, I was not filing this in bad faith.

USA-008273

1229

# ALAMEDA COUNTY SHERIFF'S OFFICE
## SANTA RITA JAIL
### INMATE GRIEVANCE FORM

☐ **ADA RELATED**

**NAME:** Casey Goonan    **PFN:** [redacted]    **DATE:** 5/20/25    **HU/FLOOR** 32E-F1-Low

*Only one grievance issue per form ---- (Subject to refusal if failure to comply)* **DATE GRIEVANCE OCCURRED** Week of 5/11 + 5/18

**Grievance Details:**

I HAVE EXPERIENCED A PATTERN OF AGGRESSIVE BEHAVIOR FROM DEPUTY DURMISEVIC THAT FEELS DISPROPORTIONATE TO MY BEHAVIOR AND THE ACTIONS/CONDUCT THAT PROVOKED DEPUTY DURMISEVIC ~~[struck through]~~ TO THREATEN ME. ~~[struck through]~~ THERE ARE TWO INCIDENTS LAST WEEK, AND ONE JUST YESTERDAY THAT I WOULD LIKE TO REPORT. THE FIRST WAS IN THE HALLWAY WALKING TO THE NURSES OFFICE. DEPUTY WAS WALKING FASTER THEN ME AND MOVED IN FRONT OF ME, ALMOST SUDDENLY HE TURNS AROUND AND STARTS WALKING AT ME. HE IMMEDIETLY SAID "INMATES ARE NOT TO WALK BEHIND DEPUTIES. NEXT TIME YOU DO THAT I'M PUTTING YOU IN THE HOLE." I DID NOTHING TO WARRANT THIS REACTION, (HE) WALKED IN FRONT OF (ME)!! I DIDN'T PAY MUCH MIND TO IT UNTIL A FEW DAYS LATER, WHEN HE ASKED IF ANYONE NEEDS SOAP. I SAID I NEED A BAR OF SOAP. HE REPLIED WITH INTENSE SUSPISION: "IF YOU ALREADY HAVE A BAR AND YOUR ASKING FOR EXTRA RIGHT NOW, I AM GOING TO WRITE YOU UP." HE THEN ENTERED OUR POD AND WENT THROUGH MY DRAWERS AND ALL OF MY STUFF, ANGRILY. I DID NOT HAVE EXTRA SOAP, SO HE DIDN'T WRITE ME UP. HE SAID "YOU'RE LUCKY THIS TIME," AS IF I'VE DONE THIS BEFORE (WHICH I HAVEN'T), THEN HE AGGRESSIVELY WALKS OUT AND SLAMS THE DOOR UPON EXITING. THE WORST INCIDENT, HOWEVER, WAS YESTERDAY 5/19 (@ 4 PM APPROX. DEPUTY DALTON CALLED ME TO THE NURSE'S OFFICE BEFORE DINNER FROM THE DOOR WHILE WALKING INTO THE HALLWAY TOWARD 32 WEST. I WAS LET OUT OF MY POD AND ENTERED THE HALLWAY TO WALK TOWARD THE NURSE'S ROOM. WHEN I ENTERED THE HALLWAY DEP. DURMISEVIC WAS THERE. DALTON HAD WALKED INTO 32N. DEP. DURMISEVIC WAS ANGERED BY MY SIGHT IN THE HALLWAY AND STARTED MOVING FAST TOWARD ME AS IF HE WAS GOING TO GRAB ME PHYSICALLY. SO I KEPT BACKING UP ~~[struck]~~ BACK INTO 32 EAST SO I WOULD BE SAFER INTERACTING WITH HIM

**INMATE SIGNATURE:** *[signature]*

IN FRONT OF DEPUTY HAYNES. HE THEN SCOLDED ME. I HAVE NO DOUBT IN MY MIND THAT HE WOULD HAVE GRABBED ME IF I HADN'T WALKED INTO DEPUTY HAYNES' SIGHT.

***DO NOT WRITE ON BACK OF THIS FORM. USE ADDITIONAL GRIEVANCE FORMS IF NECESSARY***
***DO NOT WRITE BELOW THIS LINE***

**Received by Deputy:** Carlos Santana    **Badge#** 2853    **Date:** 5-20-25

[ ] Resolved at Deputy Level    **Inmate Acceptance (Signature)** _____

[X] Cannot be resolved at Deputy Level    **Grievance Tracking Number:** 25-1229

**PREA Tracking Number:** _____

*The Deputy who received the inmate's grievance shall attach an Inmate Grievance Response Supplemental Form (ML-53) detailing how they resolved or attempted to resolve the inmate's grievance.*    MAY 21 2025

**Copies:** White-Staff
Pink-Inmate

I'VE BEEN SHAKEN UP BY THE INTERACTION FOR THE PAST NIGHT AND DAY. I AM UNSURE IF THIS IS AN ISSUE HE HAS WITH ME AS AN INDIVIDUAL OR IF THIS IS A WIDER PATTERN OF EXCESSIVE AND GRATUITOUS AGGRESSION BEHAVIOR.

ML-51 (rev 03/24)

USA-008274

1229



**ALAMEDA COUNTY SHERIFF'S OFFICE**

YESENIA SANCHEZ
SHERIFF-CORONER

## INMATE GRIEVANCE RESPONSE
### SUPPLEMENTAL INFORMATION FORM

| | |
|---|---|
| **Inmate: Casey Goonan** | **PFN:** ███████ |
| **Date of Grievance: 05/20/2025** | **Tracking #: 25-1229** |
| **BWC of Incident? YES/NO (Circle one) - Annotate BWC with Grievance Tracking #** ||
| **Agency Member Preparing Response: A. Durmisevic #2368** ||
| **Supervisor Reviewing Response:** SGT. W. EGGERS #1447 ||

**THIS DOCUMENT IS SUBJECT TO SUBPOENA. PLEASE PREPARE IN A NEAT AND CONCISE FASHION.**

On Tuesday, May 20, 2025, about 1800 hours, inmate Casey Goonan, housed in Housing Unit (HU) 32, Lower F-Pod, submitted a grievance alleging that I acted in an unpleasant and aggressive manner toward him. Goonan claimed my response was disproportionate to his actions and accused me of threatening him. According to Goonan, there were three incidents in total, two that occurred last week, and the most recent one occurred May 19, 2025.

The first incident occurred on May 12, 2025, about 1812 hours. I contacted inmate Goonan at his pod to escort him to the HU 32 sick call room for a medical appointment and instructed him to put on his jail-issued shirt. While I was still securing the pod door, Goonan exited the pod, therefore entering an unauthorized area, and began walking toward the sick call room before I completed locking the door or started the escort. I informed Goonan that it is against Santa Rita Jail protocol to proceed without a deputy escort. During the escort, Goonan walked directly behind me despite multiple prior instructions and a hand gesture to walk beside me. Since Goonan violated safety protocol, I asked if he had been previously incarcerated and was familiar with the jail rules. He confirmed he was aware. I did not threaten to "put him in the hole," as he falsely claimed in his grievance. While escorting him back to his pod, I explained the jail's safety policies and emphasized the importance of following all jail rules and procedures.

The second incident occurred on May 18, 2025, about 2205 hours. While conducting random cell searches in HU 32, I observed that most inmates possessed excessive amounts of soap, with some having over 10 bars. Soap is commonly used as a weapon when placed inside a sock and has been used in inmate-on-inmate assaults. To prevent hoarding and reduce the risk of such incidents, I instructed all inmates to open their drawers for inspection and informed them that those without soap would be provided with one. I completed the check on the east side of the unit and ensured soap was distributed only to those in need. At no point did I single out or target inmate Goonan, as he claimed in his grievance. The inspection was conducted uniformly and applied to all inmates who requested soap, in accordance with safety protocols.

The third incident occurred on May 19, 2025, about 1600 hours. I was supervising inmate feeding on the west side of HU 32, while Deputy Haynes supervised the east side, and Deputy Dalton conducted a pill call. Deputy Dalton began pill call in the west dayroom, then moved to the nursing room to allow us to complete dinner feeding at the scheduled time. During this time, I saw inmate Goonan wandering in the hallway. When I asked what he was doing in the hallway, he stated that a HU 32 Sheriff Technician had instructed him to get his medication. I was not informed that Goonan had been authorized to walk unsupervised from one side of the unit to the sick call room. I then instructed Goonan to proceed to the nursing room to get his medication. (Refer to my camera footage for further details). I request Goonan's grievance be dismissed, as it appears to be a malicious attempt to undermine the enforcement of housing unit rules.

## ALAMEDA COUNTY SHERIFF'S OFFICE
## DISCIPLINARY REPORT

Date: 05/21/2025   Name: GOONAN, CASEY                PFN: ████████   Report No: 25-001352

DOB: 4/24/1990   Housing Location: 32 F Lower ☑BHC/THI ☐SMI/IDI   Race: W   Page 1   of 1

Date/Time of Occurrence: 05/21/2025 / 0937 hrs.   Location of Occurrence: Grievance Unit #25-1229

Sentence Status: ☑ Un-sentenced ☐ Sentenced   Gross Date: _____   Release Date: _____

Criminal Charged Pending from Incident? ☑No ☐Yes   Report No: _____   Co-defendant (PFN): _____

Violation: 101B   **Violate proper running of facility**      _____   _____
          No.              Offense                          No.              Offense

Violation: 202   **Obey Rules**                              _____   _____
          No.              Offense                          No.              Offense

On the above date and time, I conducted a Grievance Unit investigation concerning I/M GOONAN's Grievance #25-1229, received by the Grievance Unit on 5/21/2025. GOONAN claimed to have experienced a pattern of aggressive behavior from a Housing Unit Staff Member, having been threatened, threatened with disciplinary write-ups, had possessions searched, the pod door was slammed shut, and to be threatened to be reclassified to the "Hole" or Restrictive Housing (RH) during the course of specific interactions with the Staff Member.

A review of available law enforcement databases directly contradicted GOONAN's claims. Staff Members, GOOONAN identified, had their BWC activated and remained professional during the referenced encounters.

My investigation determined this grievance contained false statements and was submitted in "Bad Faith". This violated the proper running of the facility as it delayed this investigation and utilized resources and time which delayed other emergent concerns and incidents at the facility.

Reporting Agency Member: R. POSEDEL #1910                 Date: 5/21/2025   Time: 0937

Reviewed by Sergeant: SGT CDillon #1965                   Date: 5/21/25   Time: 0951

Agency Member Serving Report: _____      Date: _____   Time: _____

Hearing Requested? ☐Yes ☐No   24-Hour Waiting Period? ☐Yes ☐No

Hearing Sergeant: _____                 Date: _____   Time: _____

FINDING: ☐ Affirmed ☐ Denied   Recommendation: _____

Watch Commander: _____   Recommendation: _____

Office Use

Disposition: _____

Commanding Officer: _____                 Date: _____

DISCIPLINARY POD: ☐ Yes ☐ No   Date In: _____   Date Out: _____

Violation Codes: _____   Location: _____

Record Office / Inmate Notified: _____   Date: _____

Policy and Procedure 16.01
Attachment 1 PD-96 (Rev *01/23*)

# ALAMEDA COUNTY SHERIFF'S OFFICE
# INMATE DISCIPLINARY NOTIFICATION REPORT

DATE: 06·04·25                          REPORT NUMBER: 25CO1352

PFN: ▮▮▮▮▮▮ NAME: GOONAN, CASEY         HOUSING UNIT: 327 V

(X) You have lost 30 days privileges. ∧ Visiting X    Commissary X    Phone X    Tablet paid content

    From 06·09·25 To 07·08·25           PIN: ▮▮▮▮▮▮▮▮

( ) You will be assigned to the disciplinary pod for _____ days.

    From _____ To _____

( ) Your inmate account will be charged $ _____ restitution.

( ) You have lost _____ days good/work time.

( ) You have had _____ days good/work time restored.

( ) Your release date has been changed from _____ to _____.

( ) Your disciplinary report has been dismissed.

*\*\*Note\*\* While assigned to the disciplinary pod, you are not entitled to commissary. tablet access.
telephone access (except to speak with legal counsel), television (except to watch the Prison Rape
Elimination Act informational video), or visiting.*

D. Keles
_____                 _____
Disciplinary Technician                        Records Officer

Policy and Procedure 16.01
Attachment 4 PD-631 (Rev *01/23*)

## ALAMEDA COUNTY SHERIFF'S OFFICE
## DISCIPLINARY REPORT

Date: 05/21/2025   Name: GOONAN, CASEY            PFN: ▮▮▮▮   Report No: 25-001352

DOB: 4/24/1990   Housing Location: 32 F Lower ■BHC/THI □SMI/IDI   Race: W   Page 1 of 1

Date/Time of Occurrence: 05/21/2025 / 0937 hrs.   Location of Occurrence: Grievance Unit #25-1229

Sentence Status: ■ Un-sentenced □ Sentenced   Gross Date: _____   Release Date: _____

Criminal Charged Pending from Incident? ■No □Yes   Report No: _____   Co-defendant (PFN): _____

Violation: 101B   **Violate proper running of facility**
_____No._____Offense_____No._____Offense_____

Violation: 202   **Obey Rules**
_____No._____Offense_____No._____Offense_____

On the above date and time, I conducted a Grievance Unit investigation concerning I/M GOONAN's Grievance #25-1229, received by the Grievance Unit on 5/21/2025. GOONAN claimed to have experienced a pattern of aggressive behavior from a Housing Unit Staff Member, having been threatened, threatened with disciplinary write-ups, had possessions searched, the pod door was slammed shut, and to be threatened to be reclassified to the "Hole" or Restrictive Housing (RH) during the course of specific interactions with the Staff Member.

A review of available law enforcement databases directly contradicted GOONAN's claims. Staff Members, GOOONAN identified, had their BWC activated and remained professional during the referenced encounters.

My investigation determined this grievance contained false statements and was submitted in "Bad Faith". This violated the proper running of the facility as it delayed this investigation and utilized resources and time which delayed other emergent concerns and incidents at the facility.

Reporting Agency Member: R. POSEDEL #1910            Date: 5/21/2025   Time: 0937

Reviewed by Sergeant: SGT C Allen #1565            Date: 5/3/25   Time: 0951

Agency Member Serving Report: S. F____ #2817            Date: 5/22/25   Time: 0602

Hearing Requested? ☒Yes □No   24-Hour Waiting Period? ☒Yes □No

Hearing Sergeant: A. HASKINS #987 (illegible)            Date: 5/25/25   Time: 1600

FINDING: ☒ Affirmed □ Denied   Recommendation: 30 DAYS LOP

Watch Commander: Lt. A. McIntyre #1868            Recommendation: 30 DAYS LOP

_____

Office Use

Disposition: 30 DAYS LOP

Commanding Officer: Lt. R. Young #1370            Date: 00/04/25

DISCIPLINARY POD: □ Yes □ No   Date In: _____   Date Out: _____

Violation Codes: _____ _____ _____   Location: _____

Record Office / Inmate Notified: _____            Date: _____

Policy and Procedure 16.01
Attachment 1 PD-96 (Rev *01/23*)

## ALAMEDA COUNTY SHERIFF'S OFFICE
## DISCIPLINARY REPORT

DATE: 05/25/25  TIME: 1600  LOCATION:    HU32    POD: F  CELL: Upper _____

NAME: GOONAN. Casey        PFN: ▮▮▮▮    REPORT No:25-001352    _____

DEFENDED SELF? ☒        COUNSEL SUBSTITUTE: ☐ NAME: _____

PHYSICAL EVIDENCE: ☐ YES ☒ NO  ORIGINATING *AGENCY MEMBER* PRESENT: ☐ YES ☒ NO

WITNESSES  1. _____N/A_____    STATUS: _____

2. _____    STATUS: _____

3. _____    STATUS: _____

SYNOPSIS OF HEARING:

On Sunday, 05/25/25, about 1600 hours, I conducted a disciplinary hearing with Inmate Casey GOONAN. GOONAN did not request a counsel substitute, nor did he have any witnesses on his behalf. The hearing was recorded on my Axon body worn camera.

GOONAN told me about the following in brief. GOONAN stated that he never writes false grievances and that his latest grievance was not made in bad faith. GOONAN stated he wrote the grievance because after three encounters with the housing unit deputy he felt "shaken up". GOONAN felt threaten by the housing unit deputy because he told him not to walk in the back hallway or walk behind him. GOONAN felt that the way the housing unit deputy told him not to do things such as wander in the back hallway or walk behind a deputy was too stern and unnecessary. GOONAN believed that the housing unit deputy was unprofessional.

The housing unit deputy was not unprofessional. The housing unit deputy gave GOONAN legal commands to obey the rules of the housing unit at Santa Rita Jail.

I recommend the disciplinary recommendation of 30 days Loss of Privileges for these rule violations.

HEARING *SERGEANT*: A. Haskins

███████████████████████████████

FINDING:    ☒ ALLEGATION AFFIRMED        ☐ ALLEGATION DENIED

DISCIPLINARY RECOMMENDATION:  30 Days LOP

Inmate advised that results of the hearing would be reviewed by higher authority as to matters of law, procedural safeguards, and due process?   ☒ YES   ☐ NO

If no, explain: _____

HEARING BOARD FINDING REVIEWED BY: _____

HEARING CONTINUED UNTIL: _____ REASON: _____

ADDITIONAL INFORMATION: _____

## ALAMEDA COUNTY SHERIFF'S OFFICE
## INMATE DISCIPLINARY NOTIFICATION REPORT

DATE: _062625_                          REPORT NUMBER: _25001694_

PFN �OCR-REDACTED    NAME: _Goodman, CASEY_    HOUSING UNIT: _32 FU_

(X) You have lost _7_ days privileges. X Visiting   X Commissary   X Phone   X Tablet paid content

From _070825_ To _071425_                          PIN ▮▮▮▮ ▮▮▮▮

( ) You will be assigned to the disciplinary pod for _____ days.

From _____ To _____

( ) Your inmate account will be charged $ _____ restitution.

( ) You have lost _____ days good/work time.

( ) You have had _____ days good/work time restored.

( ) Your release date has been changed from _____ to _____.

( ) Your disciplinary report has been dismissed.

**Note** *While assigned to the disciplinary pod, you are not entitled to commissary, tablet access, telephone access (except to speak with legal counsel), television (except to watch the Prison Rape Elimination Act informational video), or visiting.*

D. Keles
_____               _____
Disciplinary Technician                        Records Officer

Policy and Procedure 16.01
Attachment 4 PD-631 (Rev *01/23*)

## ALAMEDA COUNTY SHERIFF'S OFFICE
## DISCIPLINARY REPORT

Date: 06/16/2025   Name: Robert Goonan _____   PFN ███   Report No: 25001694

DOB: 04/24/1990   Housing Location: 32 ____ ☒BHC/THI ☐SMI/IDI  Race: WMA   Page 1   of 1

Date/Time of Occurrence: 06/16/2025 / 0525 hrs.   Location of Occurrence: Lower F

Sentence Status: ☒ Un-sentenced  ☐ Sentenced   Gross Date: _____   Release Date: _____

Criminal Charged Pending from Incident? ☒No ☐Yes  Report No: _____   Co-defendant (PFN): _____

Violation: 201   Disrespect _____   206   Excessive Noise
         No.           Offense                 No.           Offense

Violation: ____   _____   ____   _____
         No.           Offense                 No.           Offense

On Monday, 06/16/2025, about 0525 hours, I was conducting pill call in Housing Unit 32 (HU32). I instructed inmate Robert Goonan (███████) to proceed to the West slider to receive his medication. Goonan attempted to exit the pod without wearing his assigned Santa Rita Jail uniform. I gave Goonan a direct order to return and properly dress in the required uniform. Goonan became visibly upset and responded by shouting in an aggressive tone. Due to the loud volume and agitation, I was unable to clearly understand what Goonan was saying. I reminded Goonan that such behavior was inappropriate and unacceptable. After complying and receiving his medication, Goonan returned to his pod and forcefully slammed the pod door behind him.

Goonan was in violation of inmate rules 201: Disrespect and 206: Excessive noise.

Reporting Agency Member: L. Salazar #2832 _____   Date: 06/16/2025  Time: 1941

Reviewed by Sergeant: ~~S. MAJAROS~~ 1903   Date: 06/17/25  Time: 0150

Agency Member Serving Report: A. DURMISEVK #2368   Date: 06-17-25 Time: 1344

Hearing Requested? ☒Yes ☐No   24-Hour Waiting Period? ☒Yes ☐No

Hearing Sergeant: W. EGGERS #1447   Date: 061825  Time: 4830

FINDING: ☐ Affirmed ☒ Denied   Recommendation: 8 DAYS LOP

Watch Commander: Lt. L. Martinez #2050 @   Recommendation: 7 DAYS LOP

---

Office Use

Disposition: 7 DAYS LOP

Commanding Officer: Lt. R. Young #1370   Date: 01/26/2011

DISCIPLINARY POD? ☐ Yes ☐ No   Date In: _____   Date Out: _____

Violation Codes: _____ : _____   Location: _____

Record Office / Inmate Notified: _____ : _____   Date: _____

## ALAMEDA COUNTY SHERIFF'S OFFICE
## DISCIPLINARY REPORT

DATE: 6/18/25   TIME: 1830   LOCATION:  SRJ          H/U: 32       POD:F       CELL:L _____

NAME: Robert Goonan _____   PFN:███████      REPORT No.25001694 _____

DEFENDED SELF? ☒       COUNSEL SUBSTITUTE: ☐  NAME: _____

PHYSICAL EVIDENCE: ☐ YES  ☒ NO  ORIGINATING *AGENCY MEMBER* PRESENT: ☐ YES  ☒ NO

WITNESSES  1. _____   STATUS: _____

2. _____   STATUS: _____

3. _____   STATUS: _____

SYNOPSIS OF HEARING:

This hearing interview was captured on my agency issued AXON body worn camera (serial #X60AA9370).  The footage was later uploaded to a secure server at Santa Rita Jail.

On Wednesday, 061825, about 1830 hours, I conducted a hearing for inmate Goonan.  A disciplinary report was written for disrespect and excessive noise.

When I interviewed Goonan, he said admitted to having an outburst but said it was from frustration with pain and not at all directed towards the deputy.  He said it was sorry and it will never happen again.

I believe Goonan does have a legitimate and painful injury.  He has been incarcerated here a short time and has no discipline issues.  I recommend 0 days and gave him a warning about being in full jail issued uniform when he leaves his pod as the report did not specify that as a violation.

I advised Goonan the disciplinary report and the hearing will be forwarded to the facility Watch Commander for final determination of discipline.

HEARING *SERGEANT*: W. EGGERS #1447 _____

███████████  ███ _____

FINDING:     ☐ ALLEGATION AFFIRMED        ☒ ALLEGATION DENIED

DISCIPLINARY RECOMMENDATION:  0 Days L.O.P. _____

Inmate advised that results of the hearing would be reviewed by higher authority as to matters of law, procedural safeguards, and due process?   ☒ YES  ☐ NO

If no, explain: _____

HEARING BOARD FINDING REVIEWED BY: _____

HEARING CONTINUED UNTIL: _____   _____

REASON: _____

ADDITIONAL INFORMATION:

Policy and Procedure 16.01
Attachment 3 PD427 (Rev *01/23*)

USA-008283

Key 334

**ALAMEDA COUNTY SHERIFFS OFFICE**
**HEARING REPORT**

07/22/2025 10:17

| DISCIPLINARY INCIDENT | 25001352 | Date: 05/21/2025 09:37 |
|---|---|---|

| LOCATION | REPORTED BY | REPORT DATE | REPORT TIME |
|---|---|---|---|
| SRJ 32 F LOWER OTHER Grievance #25-1229 | Posedel, R 1910 | 05/21/2025 | 09:37 |

image is not avalable

| NAME:GOONAN CASEY ROBERT | NUM: █████ |
|---|---|

| CURRENT HOUSING | CURRENT CLASSIFY | INV PARTY TYPE | BYPASS HEARING |
|---|---|---|---|
| SRJ 32 F LOWER | P/C MIN 60 DAYS | VIOLATOR | No |

**SHORT SYNOPSIS**

On the above date and time, I conducted a Grievance Unit investigation concerning I/M GOONAN's Grievance #25-1229, received by the Grievance Unit on 5/21/2025. GOONAN claimed to have experienced a pattern of aggressive behavior from a Housing Unit Staff Member, having been threatened, threatened with disciplinary write-ups, had possessions searched, the pod door was slammed shut, and to be threatened to be reclassified to the "Hole" or Restrictive Housing (RH) during the course of specific interactions with the Staff Member. A review of available law enforcement databases directly contradicted GOONAN's claims. Staff Members, GOOONAN identified, had their BWC activated and remained professional during the referenced encounters. My investigation determined this grievance contained false statements and was submitted in "Bad Faith". This violated the proper running of the facility as it delayed this investigation and utilized resources and time which delayed other emergent concerns and incidents at the facility.

| HEARING | |
|---|---|
| **Allow** | **Allow By** |
| No | |

| SCHED HEARING DATE | TIME |
|---|---|
| HEARING DATE | TIME |
| HEARING LOCATION | |
| HEARING OFFICER 1 | |
| HEARING OFFICER 2 | |
| FINDING DATE | TIME |
| **REVIEW** | |
| REVIEW DATE | TIME |
| REVIEW BY | |
| **COMPLETE** | |
| COMPLETE DATE | TIME |
| COMPLETE BY | |

**INMATE INTERVIEW**

USA-008284

Key 334

**ALAMEDA COUNTY SHERIFFS OFFICE**
**INCIDENT REPORT**

07/22/2025 10:17

| DISCIPLINARY INCIDENT | | 25001352 | | Date: 05/21/2025 |
|---|---|---|---|---|

| LOCATION | REPORTED BY | REPORT DATE | REPORT TIME |
|---|---|---|---|
| SRJ 32 F LOWER OTHER Grievance #25-1229 | Posedel, R 1910 | 05/21/2025 | 09:37 |

image is not avalable

| NAME:GOONAN CASEY ROBERT | | | NUM▮▮▮▮▮▮▮ |
|---|---|---|---|
| **CURRENT HOUSING** SRJ 32 F LOWER | **CURRENT CLASSIFY** P/C MIN 60 DAYS | **INV PARTY TYPE** VIOLATOR | **BYPASS HEARING** No |

**SHORT SYNOPSIS**

On the above date and time, I conducted a Grievance Unit investigation concerning I/M GOONAN's Grievance #25-1229, received by the Grievance Unit on 5/21/2025. GOONAN claimed to have experienced a pattern of aggressive behavior from a Housing Unit Staff Member, having been threatened, threatened with disciplinary write-ups, had possessions searched, the pod door was slammed shut, and to be threatened to be reclassified to the "Hole" or Restrictive Housing (RH) during the course of specific interactions with the Staff Member. A review of available law enforcement databases directly contradicted GOONAN's claims. Staff Members, GOONAN identified, had their BWC activated and remained professional during the referenced encounters. My investigation determined this grievance contained false statements and was submitted in "Bad Faith". This violated the proper running of the facility as it delayed this investigation and utilized resources and time which delayed other emergent concerns and incidents at the facility.

**INMATE INTERVIEW**

| HEARING | |
|---|---|
| **Allow** No | **Allow By** |

| SCHD HEARING DATE | TIME |
|---|---|
| HEARING DATE | TIME |
| HEARING LOCATION | |
| HEARING OFFICER 1 | |
| HEARING OFFICER 2 | |
| FINDING DATE | TIME |
| **REVIEW** | |
| REVIEW DATE | TIME |
| REVIEW BY | |
| **COMPLETE** | |
| COMPLETE DATE | TIME |
| COMPLETE BY | |

**Page 1 / 1**