1  SARAH POTTER, (CA SBN 280478)
   LAW OFFICE OF SARAH POTTER
2  214 Duboce Avenue
   San Francisco, CA 94103
3  t. (415) 423-3447
   sarah@sarahpotterlaw.com
4
   Attorney for Defendant GOONAN
5
6                IN THE UNITED STATES DISTRICT COURT

7             FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                          OAKLAND DIVISION

9
   UNITED STATES OF AMERICA,         Case No.: 24-CR-00414 JSW
10
            Plaintiff,
11
   vs.                                MANUAL FILING NOTIFICATION
12
   CASEY ROBERT GOONAN,
13
            Defendant
14         Regarding: <u>Exhibit B to Response to Government's Sentencing Memorandum</u>

15         This filing is in paper or physical form only, and is being maintained in the case file in

16  the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy

17  shortly. For information on retrieving this filing directly from the court, please see the court's

18  main web site at under Frequently Asked Questions (FAQ).

19         This filing was not e-filed for the following reason(s):

20         [ ]  Unable to Scan Documents

21         [ ]  Physical Object (please describe):

22         [x]  Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

23  MANUAL FILING NOTIFICATION
    24-CR-00414-JSW
                                              1

1    [ ]  Item Under Seal in Criminal Case

2    [ ]  Conformance with the Judicial Conference Privacy Policy (General Order 53)

3    [ ]  Other (please describe):

6    Dated: September 18, 2025                    Respectfully submitted,

                                                  /s/
                                                  _____
                                                  SARAH POTTER
                                                  Attorney for Casey Goonan

MANUAL FILING NOTIFICATION
24-CR-00414-JSW
                                    2