CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NIKHIL BHAGAT (CABN 279892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7193
    FAX: (415) 436-6982
    nikhil.bhagat@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CASEY ROBERT GOONAN, <br><br> Defendant. | Case No. 4:24-CR-00414 JSW <br><br> **DECLARATION OF NIKHIL BHAGAT IN SUPPORT OF GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM** |

I, Nikhil Bhagat, do hereby declare:

    1.    I am an Assistant United States Attorney for the Northern District of California, and I am assigned to prosecute the above-captioned matter.

    2.    On February 20, 2025, my office produced discovery to counsel for the defendant in this case. That discovery consisted of Mr. Goonan's jail calls and selected portions of his correspondence ranging from in or about July 2024 through in or about January 2025.

    3.    I am informed and believe that the exhibits attached hereto are what they purport to be.

    4.    **Exhibit 1** is a recording from the Santa Rita Jail of a telephone call that Mr. Goonan had on May 19, 2025 with S.E., a person known to the defendant.

    5.    **Exhibit 2** is a report from the Bureau of Alcohol, Tobacco, Firearms, and Explosives

DECL. OF NIKHIL BHAGAT      1
4:24-CR-00414 JSW

describing an agent's analysis of the cellular tower data and specific data collected for Mr. Goonan's cellular phone during the criminal activity at issue.

6. **Exhibit 3** is a report detailing evidence from Mr. Goonan's Maps application appearing to show that he looked up various locations associated with UC Berkeley on a particular day, including the UC Berkeley police station.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated at San Francisco, California this 18th day of September, 2025.

*/s/ Nikhil Bhagat*

NIKHIL BHAGAT