1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney

2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  NIKHIL BHAGAT (CABN 279892)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7193
7      FAX: (415) 436-6982
       nikhil.bhagat@usdoj.gov
8
   Attorneys for United States of America
9
                     UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                              OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,        ) CASE NO. 4:24-CR-00414 JSW
                                      )
14 |        Plaintiff,                ) **MANUAL FILING NOTIFICATION**
                                      )
15 |    v.                            )
                                      ) Sentencing Date: September 23, 2025
16 | CASEY ROBERT GOONAN,             ) Sentencing Time: 1:00 p.m.
                                      ) Judge: Hon. Jeffrey S. White
17 |        Defendant.                )
                                      )
18                                    )
                                      )
19

20 Regarding:    Exhibit 1 to the Declaration of Nikhil Bhagat

21       This filing is in paper or physical form only, and is being maintained in the case file in the

22 Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For

23 information on retrieving this filing directly from the court, please see the court's main web site at

24 http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

25    This filing was not e-filed for the following reason(s):

26       [ ] Voluminous Document (PDF file size larger than the e-filing system allows)

27       [ ] Unable to Scan Documents

28       [ ] Physical Object (description):

NOTICE OF MANUAL FILING                     1
4:24-CR-00414 JSW

1      [X] Non-Graphic/Text Computer File (audio, video, etc.) on DVD or other media

2      [ ] Item Under Seal

3      [ ] Conformance with the Judicial Conference Privacy Policy (General Order 53)

4      [ ] Other (description):

Dated: September 18, 2025                     Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Nikhil Bhagat*
NIKHIL BHAGAT
Assistant United States Attorney

NOTICE OF MANUAL FILING     2
4:24-CR-00414 JSW