# EXHIBIT 2

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| UC Berkeley Police Department Arson | 24-16275 | 3 |

## SUMMARY OF EVENT:

On July 2, 2024 Special Agent Daniel Bietz documented his analysis of the cellular tower data and specific data collected for the mobile device number ▇▇▇▇▇▇▇ concerning the string of fires started on UC Berkeley property between June 1 and June 16. This device is known to belong to Casey GOONAN.

## NARRATIVE:

1. On July 2, 2024 Special Agent Daniel Bietz documented his analysis of the cellular tower data and specific data collected for the mobile device number ▇▇▇▇▇▇▇2 concerning the string of fires started on UC Berkeley property between June 1 and June 16. This device is known to belong to Casey GOONAN.

2. UCBPD Detective Ben Bottomley authored two historical call records, pen register and location data warrants for Casey GOONAN's known phone number ▇▇▇▇▇▇▇2. The first was signed on June 6, 2024 by California Superior Court Judge for the County of Alameda Pelayo A. Llamas Jr. The second was signed on June 12, 2024 by California Superior Court Judge for the County of Alameda Rhonda Burgess. Detective Bottomley also authored a tower dump and search warrant for location data around the area of the firebombing of the UCBPD Patrol Vehicle. The warrant was signed by California Superior Court Judge for the County of Alameda Pelayo A. Llamas Jr. on June 6, 2024. Verizon produced the Tower Data on June 7, 2024. AT&T produced the Tower Data on June 10, 2024. T-Mobile produced the tower data on June 12, 2024. Verizon initiated the live ping location data on June 7, 2024 and initiated the PEN register on June 12, 2024, providing the historical call data and location data on the same day.

3. SA Bietz examined Historical Records and Location Data for GOONAN's mobile device. SA Bietz located a tower hit on tower number 332207 at 0458 hours, several minutes before the Patrol vehicle was burned. Tower number 332207 is located near 2017 West Street in Oakland, however data also indicates that GOONAN's Mobile device made no outgoing calls from 1904 hours on May 31 to 0551 hours on June 1. indicating the device may have been on and left behind while GOONAN ignited the police vehicle. The same tactic appears to have been employed when GOONAN drove to UC Berkeley and started another fire on June 16, 2024. The tracker data from GOONAN's vehicle and security video shows GONNAN at UC Berkeley but the suspect mobile device appears to have been left behind. A map showing the approximate location of tower in relation to 2017 West Street is below. The data associated with the hit is attached.

| Prepared by: | Title: | Signature: | Date: |
|---|---|---|---|
| Daniel Bietz | Special Agent | *Daniel Bietz* | 07/03/2024 |
| Authorized by: | Title: | Signature: | Date: |
| 4037 | RAC | 4037 | 07/03/2024 |
| Second Level Reviewer (optional): | Title: | Signature: | Date: |
| | | | |



4. SA Bietz examined the Verizon specialized location data, Real Time Tool (RTT) tower data for the arson of the UC Berkeley Police Patrol Vehicle from June 1, 2024. SA Bietz searched the known phone number for Casey GOONAN (█████████) and identified two RTT/PCMD locations at the crime scene at 10:38:55 and 10:39:08. This location and time coincides with the UCPD security video showing a man matching the description of GOONAN taking photos with his phone that were later posed on Abolition Media and Linked by X account @trueleappress. The data can be found in the following filename "Northern_California_Nevada_LTE_RTT_Location_5" A generated location map for the two data points is below. A printout of the data associated is attached. A image of the locations indicated by the data are illustrated by the map below, the location of the burned police patrol vehicle is annotated by a red dot.

| Title of Investigation: | | Report Number |
|---|---|---|
| UC Berkeley Police Department Arson | Investigation Number: 24-16275 | 3 |

Case 4:24-cr-00414-JSW    Document 67-3    Filed 09/18/25    Page 4 of 7



5. SA Bietz examined the specialized location data (RTT) from June 12 and 13, 2024 and identified that GOONAN's mobile device was in the area of the fire started in the bushes on June 13, 2024 on the northeastern area of the campus. The filename for the data examined is "RttDetails__9258180922_2024-06-06-to-2024-06-13.517." SA Bietz created the following graphic showing the movement of GOONAN over the course of the night and morning. It should be noted that GOONAN moved in a clockwise direction (Below). SA Bietz further narrowed the timeframe to the time of the fire 0400 hours - 0410 hours and developed the following graphic showing that GOONAN's mobile device was located in near the area of the fire which is illustrated by a red dot (following). Data from this map can be found attached.





6. SA Bietz examine the GPS location data live collected from GOONAN's mobile device during the time of the construction site fire at UC Berkeley on June 16, 2024, the fire was reported at 1344 hours. The data demonstrates that the suspect mobile device stayed at or near 1606 Merian Court in Pleasant Hill California. The information supporting this information can be found in Evidence.com Folder 2 containing all collected live PEN Register and GPS Location data. A map illustrating the devices location between 1322 hours and 1339 hours on June 16th is below.



7. On June 17th, 2024 during the search warrant of the residence of ▊▊▊▊ ▊▊ Pleasant Hill, CA, Office of the State Fire Marshal Arson and Bombing Investigator Gershom Slonim called the number ▊▊▊▊▊▊▊ while searching for GOONAN's mobile device. The device vibrated causing investigators to locate the device hastily hidden behind a filing cabinet in the office.

ATTACHMENT:

Warrants for Data

Tower Location Data for 6/1/2024 0458 hours 925-818-0922

RTT Tower Data for 6/1/24 1038 hours and 1039 hours

RTT Telephone Data 6/13/2024 0400 hours to 0410 hours 925-818-0922

GPS location data 6/13/2024 01330 and 1322 hours to 1339 hours 925-818-0922