# EXHIBIT 3

## Maps

Searched for UCb police station
(https://www.google.com/maps/place//@37.8692408,-122.2612576,17z/data=!3m1!4b1!4m2!3m1!1s0x80857ee0ffffffff:0xb84b2e6433d9e45d)
May 19, 2024, 6:53:54 AM UTC

**Products:**
  Maps
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Maps

Amazon Hub Locker+ (ASUC Student Union)
(https://www.google.com/maps/place/Amazon+Hub+Locker%2B+%28ASUC+Student+Union%29/@37.8692608,-122.2594854,19z/data=!3m1!4b1!4m2!3m1!1s0x80857da57
May 19, 2024, 6:52:35 AM UTC

**Products:**
  Maps
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Maps

Searched for sproul hall amazon
(https://www.google.com/maps/search/sproul+hall+amazon/@37.8690842,-122.2594038,20z/data=!3m1!4b1)
May 19, 2024, 6:52:31 AM UTC

**Products:**
  Maps
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Maps

Sproul Plaza
(https://www.google.com/maps/place/Sproul+Plaza/@37.869478,-122.2591922,19z/data=!3m1!4b1!4m2!3m1!1s0x80857c25f69bf385:0x3d1591d23e1e8bbe)
May 19, 2024, 6:50:42 AM UTC

**Products:**
  Maps
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Maps

Used Maps
May 19, 2024, 6:49:53 AM UTC

**Products:**
  Maps
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Maps

Sproul Plaza
(https://www.google.com/maps/place/Sproul+Plaza/@37.869478,-122.2598373,19z/data=!3m1!4b1!4m2!3m1!1s0x80857c25f69bf385:0x3d1591d23e1e8bbe)
May 19, 2024, 6:49:53 AM UTC

**Products:**
  Maps

**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Maps

Searched for University of California, Berkeley sproul
(https://www.google.com/maps/search/University+of+California,+Berkeley+sproul/@37.8693874,-122.2616211,17z/data=!3m1!4b1)
May 19, 2024, 6:49:50 AM UTC

**Products:**
  Maps
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Maps

Sproul Plaza
(https://www.google.com/maps/place/Sproul+Plaza/@37.869478,-122.2617725,17z/data=!3m1!4b1!4m2!3m1!1s0x80857c25f69bf385:0x3d1591d23e1e8bbe)
May 19, 2024, 6:49:50 AM UTC

**Products:**
  Maps
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Maps

Used Maps
May 19, 2024, 6:49:30 AM UTC

**Products:**
  Maps
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Maps

Sproul Plaza
(https://www.google.com/maps/place/Sproul+Plaza/@37.869478,-122.2591922,18z/data=!3m1!4b1!4m2!3m1!1s0x80857c25f69bf385:0x3d1591d23e1e8bbe)
May 19, 2024, 6:49:21 AM UTC

**Products:**
  Maps
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Maps

Sproul Plaza
(https://www.google.com/maps/place/Sproul+Plaza/@37.869478,-122.2591922,17z/data=!3m1!4b1!4m2!3m1!1s0x80857c25f69bf385:0x3d1591d23e1e8bbe)
May 19, 2024, 6:49:02 AM UTC

**Products:**
  Maps
**Why is this here?**
This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Maps

Chai for a Cause
(https://www.google.com/maps/place/Chai+for+a+Cause/@37.869565,-122.2587864,17z/data=!3m1!4b1!4m2!3m1!1s0x80857c25f1c55555:0x7feaee277b2f1600)
May 19, 2024, 6:49:02 AM UTC

**Products:**
  Maps
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Maps

Searched for University of California, Berkeley sproul

(https://www.google.com/maps/search/University+of+California,+Berkeley+sproul/@37.8693874,-122.2616211,17z/data=!3m1!4b1)

May 19, 2024, 6:48:58 AM UTC

**Products:**
  Maps
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).

## Maps

Searched for uc berkeley

(https://www.google.com/maps/place//@37.870151,-122.2620409,17z/data=!3m1!4b1!4m2!3m1!1s0x808f7718c522d7c1:0xda8034ea3b6b3289)

May 19, 2024, 6:48:52 AM UTC

**Products:**
  Maps
**Why is this here?**
  This activity was saved to your Google Account because the following settings were on: Web & App Activity. You can control these settings  here (https://myaccount.google.com/activitycontrols).